BEFORE THE SECOND DIVISION, APRIL 27, 1950

**No. 54276.**—Brown & Roese et al. *v.* United States, protests 551776–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54277.**—Audrey Import Co., Inc., et al. *v.* United States, protests 591251–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54278.**—Conay Glove Co. et al. *v.* United States, protests 898515–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, APRIL 27, 1950

**No. 54279.**—Dutch Cheese Importers et al. *v.* United States, protests 23106–K, etc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of Edam process-cheese similar in all material respects to that the subject of *Dutch Cheese Importers Co.* v. *United States* (23 Cust. Ct. 98, C. D. 1197), the claim of the plaintiffs was sustained.